Steven Monger, CDCR#E58948
P.O. Box 4000 (14-T2-Low)
Vacaville, CA 95696-4000

In Pro Per

FILED
07 JUL 30 PM 12:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3 989

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



STEVEN MONGER,

        Petitioner,

Vs.

D. K. SISTO, Warden,

        Respondent.
_____/

No. C 07-2812-PHJ(PR)

MOTION REQUESTING AN
EXTENSION OF TIME

TO THE HONORABLE JUDGE IN THE ABOVE ENTITLED CASE:

    The petitioner is hereby requesting an extension of time for 30 additional days in order to explain to this court that his third petition is not a second or successive petition. Petitioner asserts that each of his petition are totally separate and each one is a violation of the terms of the plea in a completely different manner and time. To demonstrate to this court that these petitions are not second or successive the petitioner will need the additional time to formulate his arguments.

    Further, the petitioner has very limited access to the law library at this facility due to severe overcrowding and the fact that the petitioner has prison job assignment that prevent him from accessing the law library except for during his off hours.

Therefore, for all of the aforementioned reasons the petitioner hereby request that this court grant his request for a 30 day extension of time. Petitioner would also like to thank this court for their time in this matter.

Respectfully requested,

*/s/ Steven Monger*

Steven Monger, CDCR#E58948
In Pro Per

## VERIFICATION

I, Steven Monger, CDCR#E58948, declare that the aforementioned is true and factual. I make these declarations under the penalty of perjury and in accordance with all of the laws of the State of California. Dated this 25 day of July, 2007.

*/s/ Steven Monger*

Steven Monger
In Pro Per

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:
Steven Monger
California State Prison - Solano
Housing: 14T2Low
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

**Case Name:** In Re Monger               **Case #:** 07-2812-PHJ(PR)

**Document(s) Served:** Motion Requesting An Extension of Time

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

```
Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 1100
San Francisco, CA 94102
```

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on   July 26, 2007   , in Vacaville, California.
                                    "*date*"

Signature: _____

Printed Name:   Steven Monger

Seven Monger, CDCR#E58948
P.O. Box 4000 (14T2Low)
Vacaville, CA 95696-4000

CALIFORNIA STATE PRISON-SOLANO

SACRAMENTO CA 957
27 JUL 2007 PM 9 L

LEGAL MAIL

94102+3483

United States District Court
Office of the Clerk
450 Golden Gate Avenue
San Francisco, CA 94102-3483