United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN MONGER,

    Petitioner,

vs.

D. K. SISTO, Warden,

    Respondent.
_____/

No. C 07-2812 PJH (PR)

**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO SHOW CAUSE**

Petitioner's motion for an extension of time to show cause why his petition should not be dismissed as second or successive (document number 3 on the docket) is **GRANTED**. His response to the order to show cause shall be filed by August 27, 2007.

**IT IS SO ORDERED.**

Dated: August 9, 2007.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\HC.07\MONGER812.EXTP.wpd