Steven Monger, CDCR#E-58948
P.O. Box 4000 (14-T2-Low)
Vacaville, CA 95696-4000

CALIFORNIA STATE PRISON-SOLANO

LEGAL MAIL

**CSP SOLANO STATE PRISON**



$ 01.82⁰
AUG 24 2007
MAILED FROM ZIP CODE 95687

**RECEIVED**
AUG 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

United States District Court
Clerk of the Court
450 Golden Gate Ave.
San Francisco, CA 94102-3483