CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02812-PJH
### Internal Use Only

Monger v. Sisto  
Assigned to: Hon. Phyllis J. Hamilton  
Case in other court: USDC Eastern District of California-Sacramento, 2:06-cv-2862 GEB EFB  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/30/2007  
Date Terminated: 05/21/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Steven Matthew Monger**  represented by  **Steven Matthew Monger**  
E-58948  
P.O. Box 4000  
Vacaville, CA 95696  
PRO SE

V.

**Respondent**

**D. K. Sisto**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | Case transferred in from Eastern District of California (Sacramento); Case Number 2:06-cv-2862 GEB EFB. Original file with documents numbered 1-7, certified copy of transfer order and docket sheet received.. Filed byStevenMatthew Monger. (far, COURT STAFF) (Filed on 5/30/2007) (far, COURT STAFF). (Entered: 05/31/2007) |
| 05/30/2007 |  | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 5/30/2007) (Entered: 05/31/2007) |
| 06/26/2007 | 2 | ORDER FOR PETITIONER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED. Signed by Judge Phyllis J. Hamilton on 6/26/07. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 6/26/2007) (Entered: 06/26/2007) |
| 07/30/2007 | 3 | MOTION for Extension of Time to File filed by Steven Matthew Monger. (gsa, COURT STAFF) (Filed on 7/30/2007) (far, COURT STAFF). (Entered: 08/01/2007) |
| 08/09/2007 | 4 | ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO SHOW CAUSE by Judge Phyllis J. Hamilton granting 3 Motion for Extension of Time to File (Attachments: # 1 Certificate of Service) (nah, COURT STAFF) (Filed on 8/9/2007) (Entered: 08/09/2007) |

| | | |
|---|---|---|
| 08/27/2007 | 5 | Response to Order to Show Cause 2 Order bySteven Matthew Monger. (far, COURT STAFF) (Filed on 8/27/2007) (Additional attachment(s) added on 5/27/2008: # 1 Envelope) (far, COURT STAFF). (Entered: 08/28/2007) |
| 05/21/2008 | 6 | ORDER OF TRANSFER. Signed by Judge Phyllis J. Hamilton on 5/21/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 5/21/2008) (Entered: 05/21/2008) |