United States District Court
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   STEVEN MONGER,

8                   Petitioner,                    No. C 07-2812 PJH (PR)

9       vs.                                        **ORDER OF TRANSFER**

10  D. K. SISTO, Warden,

11                  Respondent.

_____/

12

13        This is a habeas case which originally was filed in the United States District Court for

14  the Eastern District of California.  That court transferred it here, saying that because

15  petitioner was convicted in Alameda County, which is in this district, witnesses and

16  evidence for ruling on the petition would be more readily available here.

17        The petition contains three issues:  (1) a claim that the plea agreement was

18  breached (a) when petitioner did not receive a timely parole hearing and (b) when the

19  makeup of the parole board did not comply with California law as it was at the time of the

20  plea; (2) that he should be allowed to withdraw his plea as a result of the alleged

21  constitutional violations set out in issue one; and (3) that plea agreements are contracts

22  which the state must perform.  Issues two and three do not appear to actually be grounds

23  for relief; issue two goes to a remedy, and issue three is simply an abstract statement of

24  the law.  There is no further explanation for the claims, except what can be derived from his

25  statement of the facts.  Because in that statement he says that the violations upon which he

26  bases the petition occurred after August 22, 2006, it might be inferred that his claim as to a

27  delayed parole hearing relates to a hearing due on or after that date.  This inference is also

United States District Court

For the Northern District of California

1  supported by his exhibit "B," which is his declaration.  It includes the statement that

2  "currently I am over due [sic] for my parole suitability hearing and have been advised by the

3  Board of Parole Hearings that I will not be appearing anytime [sic] before June of 2007."

4  The declaration is dated December 16, 2006.  It thus appears that the subject of the

5  petition is the Board's failure to provide petitioner with a parole hearing at some point in

6  2006.  Presumably the odd way in which the issue is cast – as a claim for breach of the

7  plea agreement – is an attempt to "federalize" what are at heart claims that state law was

8  violated.

9         Petitioner's issues go to the execution of petitioner's sentence, not his conviction.

10  Because he is incarcerated in the Eastern District, the case is more appropriately

11  considered there.  *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th

12  Cir. 1989) (district of confinement is preferable forum to review execution of sentence).

13  This petition is **TRANSFERRED** to the United States District Court for the Eastern District

14  of California.  *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

15         Petitioner said in the petition that he had filed two other habeas cases, both in the

16  Eastern District and both claiming a violation of the plea agreement.  In consequence, in

17  the initial review order petitioner was ordered to show cause why this petition should not be

18  dismissed as second or successive.  His response lacks detail, but it appears he is

19  contending that the two previous cases were directed to alleged breaches of the plea

20  agreement which occurred before the 2006 breach which is the subject of this petition.

21  Because the case is being transferred to the Eastern District, the order to show cause is

22  **DISCHARGED** without prejudice to consideration of the "second or successive" issue by

23  that court.

24         **IT IS SO ORDERED.**

25  Dated:  May 21, 2008.                          _____

                                                    PHYLLIS J. HAMILTON
26                                                  United States District Judge

27  G:\PRO-SE\PJH\HC.07\MONGER812.OSC-P

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


STEVEN MONGER,

             Petitioner,

  v.

D.K. SISTO et al,

             Respondent.

_____/

Case Number: CV07-02812 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Steven Matthew Monger E-58948
P.O. Box 4000
Vacaville, CA 95696

Dated: May 21, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk